# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1936.  TERRANCE DEMOND BEASLEY v. TILLMAN MORRIS et al.**

Tillman Morris and Frank Farris, d/b/a Park Central Drive Associates filed two dispossessory actions in magistrate court against Terrance Demond Beasley.  After the magistrate court ruled against him, Beasley appealed to the superior court, which entered a final judgment and writ of possession in favor of Morris and Farris. Beasley has appealed that order directly to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Beasley was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/26/2014
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*